# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STEVE BALESTRIERI et al.

        Plaintiff(s),

CASE NO. CV 10 3102

v.

MENLO PARK FIRE PROTECTION DISTRICT

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

        Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline February 4, 2011

Dated: 10/7/2010

Dated: October 7, 2010

Attorney for Plaintiff

Attorney for Defendant

[PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
      x Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
      x other    2/4/11

IT IS SO ORDERED.

Dated: 10/27/10

*Sandra B. Armstrong*

UNITED STATES ~~MAGISTRATE~~ JUDGE

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 153 Townsend Street, Suite 520, San Francisco, California 94107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 7, 2010, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

in a sealed envelope, postage fully paid, addressed as follows:

> Jaime Wasserstrom
> Woodley & McGillivary
> 1101 Vermont Avenue, NW
> Suite 1000
> Washington, DC 20005

Thomas Aquinas Woodley
Mulholland & Hickey
1101 Vermont Avenue, NW
Suite 1000
Washington, DC 20005

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 7, 2010, at San Francisco, California.

*Andrea Bolnick* (signature)

Andrea S. Bolnick

143949.1 ME005-015

PROOF OF SERVICE — 2 — CV-10-3102