1    Richard C. Bolanos, Bar No. 111343
     rbolanos@lcwlegal.com
2    Suzanne Solomon, Bar No. 169005
     ssolomon@lcwlegal.com
3    LIEBERT CASSIDY WHITMORE
     A Professional Law Corporation
4    153 Townsend Street, Suite 520
     San Francisco, CA 94107
5
     Telephone: (415) 512-3000
6    Facsimile: (415) 856-0306
7    Attorneys for Defendant
     MENLO PARK FIRE PROTECTION
8    DISTRICT

9

                UNITED STATES DISTRICT COURT

10

             NORTHERN DISTRICT OF CALIFORNIA

11

12

13   STEVE BALESTRIERI, et al.,       Case No. CV-10-3102 SBA

            Plaintiffs,          **STIPULATION AND [PROPOSED]**
14                           **ORDER RE: DEADLINE TO**
   v.                          **COMPLETE MEDIATION**
15
   MENLO PARK FIRE
16   PROTECTION DISTRICT,

17            Defendant.

18

        WHEREAS, the Court ordered the parties to conduct a mediation in this
19
   matter by February 4, 2011; and
20
        WHEREAS, the parties conducted a mediation session on January 25, 2011;
21
   and
22
        WHEREAS, the parties have not concluded their attempts at ADR and have
23
   scheduled another mediation session for February 24, 2011;
24
        IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the
25
   accompanying Declaration of Suzanne Solomon, between Plaintiffs Steve
26
   Balestrieri et al. and Defendant Menlo Park Fire Protection District, by and through
27
   their counsel, that the deadline to complete mediation in this action is February 25,
28

   STIPULATION AND [PROPOSED] ORDER
   RE: DEADLINE TO COMPLETE                  CV-10-3102
   MEDIATION

1   2011.

2        This stipulation does not alter the date of any event or any deadline already

3   fixed by Court order.

4

5   Dated: February ___2___, 2011          LIEBERT CASSIDY WHITMORE

6

7                                          By: _____

8                                          Suzanne Solomon
                                           Attorneys for Defendant
9                                          MENLO PARK FIRE PROTECTION
                                           DISTRICT

10  Dated: February _2__ , 2011            WOODLEY & MCGILLIVARY

11

12                                         By: _____

13                                         Douglas Steele
                                           Attorneys for Plaintiffs

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

16        1.     The deadline for the parties to complete mediation is February 25,

17  2011.

18

19  Dated:  2/7/11 _____         _____

20                                          Saundra Brown Armstrong
                                           United States District Judge

21

22  153730.1 ME005-015

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE: DEADLINE TO COMPLETE                   - 2 -                    CV-10-3102
MEDIATION

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107