Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:   (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendant
MENLO PARK FIRE PROTECTION
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BALESTRIERI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MENLO PARK FIRE PROTECTION DISTRICT,<br><br>　　　　Defendant. | Case No.  CV-10-3102 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: DEADLINE TO HEAR DISPOSITIVE MOTIONS** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the accompanying Declaration of Suzanne Solomon, between Plaintiffs Steve Balestrieri et al. and Defendant Menlo Park Fire Protection District, by and through their counsel, that, with this Court's permission, the following pre-trial deadline is extended as follows:

| | **Current** | **Extension** |
|---|---|---|
| Dispositive Motion Hearing | May 24, 2011 | June 7, 2011 |

This stipulation does not alter the date of any other event or deadline already

fixed by Court order.

Dated: March _____, 2011                LIEBERT CASSIDY WHITMORE


By: _____
   Suzanne Solomon
Attorneys for Defendant
MENLO PARK FIRE PROTECTION
DISTRICT

Dated: March _____, 2011                WOODLEY & MCGILLIVARY


By: _____
   Douglas Steele
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

    1.    The deadline for a hearing on a dispositive motion in this action is June 7, 2011.

    2.    The hearing on the parties' joint motion to bifurcate (Dkt. 30) is advanced from June 28, 2011, to June 7, 2011 at 1:00 p.m.

    3.    The Court, in its discretion, may decide the motion(s) without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion(s) will be necessary. The parties are advised to check the Court's website to determine whether a court appearance is required.

    IT IS SO ORDERED.

Dated: April 12, 2011                    _____
                                         Saundra Brown Armstrong
                                         United States District Judge

159978.1 ME005-015

STIPULATION AND [PROPOSED] ORDER
RE: DEADLINE TO HEAR DISPOSITIVE         - 2 -                              CV-10-3102
MOTIONS