UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE BALISTERI, et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>MENLO PARK FIRE PROTECTION DISTRICT,<br><br>             Defendant. | Case No:  C 10-03102 SBA<br><br>**ORDER**<br><br>Dkt. 45, 46 |

Good cause appearing

IT IS HEREBY ORDERED THAT the parties' joint motion to continue the trial date is GRANTED.  The pretrial conference scheduled for September 20, 2011, the trial date of October 3, 2011, and associated deadlines for the submission of pretrial documents are VACATED.  Upon resolution of the pending cross-motions for summary judgment, the Court will set a further case management conference to reschedule the foregoing dates, if necessary.  This Order terminates Docket 45 and 46.

IT IS SO ORDERED.

Dated: August 18, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge