UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE BALISTERI, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>MENLO PARK FIRE PROTECTION DISTRICT,<br><br>      Defendant. | Case No: C 10-03102 SBA<br><br>**JUDGMENT** |

In accordance with the Court's order granting Defendant's motion for summary judgment and denying Plaintiffs' motion for summary judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: March 30, 2012

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge